RECEIVED

DEC 18 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 6:08-0217** |
| | | **CIVIL NO. 6:12-2256** |
| **VERSUS** | * | **JUDGE HAIK** |
| | | |
| **GLENN RAY ALEXANDER** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Glenn Ray Alexander's Motion to Correct Illegal Sentence [rec. doc. 50] filed pursuant to Title 28 U.S.C. § 2255 be **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _____17th_____ day of _____December_____, 2012.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE