**RECEIVED**

JAN 1 4 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 6:08CR00217-01 |
| VERSUS | JUDGE HAIK |
| GLENN RAY ALEXANDER, JR. | MAGISTRATE JUDGE HILL |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

**☒** The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right: _____

Signed at _Lafayette_, Louisiana, this _14_ day of _January_, 2013.

Richard T. Haik, Sr.
UNITED STATES DISTRICT JUDGE